SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES A. DANAHER, Cal Bar No. 144604
    E-mail:  CDanaher@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:     619.234.3815

THEONA ZHORDANIA, Cal. Bar No. 254428
    E-mail:  TZhordania@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:     213.620.1398

Attorneys for Defendant
INFINITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRYANNE MOSS,<br><br>             Plaintiff,<br><br>    v.<br><br>INFINITY INSURANCE COMPANY; AWS INSURANCE COMPANY; LITHIA CHRYSLER JEEP, DODGE OF SANTA ROSA; AND DOES 1-50, INCLUSIVE,<br><br>             Defendants. | Case No. 3:15-cv-03456-JSC<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE** |

1    WHEREAS Defendant Infinity Insurance Company's Motion to Strike, Defendant Lithia of Santa Rosa, Inc. and Defendant Charlotte Toth's Motion to Dismiss, and Case Management Conference are currently scheduled for October 13, 2016 at 9:00 a.m.;

4    WHEREAS Infinity anticipates filing a Motion for Judgment on the Pleadings by October 12, 2016 with a hearing date of November 17, 2016;

6    WHEREAS the parties would like to have all motions and Case Management Conference be heard on the same date;

8    WHEREAS the parties need additional time to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and prepare a Joint Report

10   **IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that

12   The hearing date on Defendant Infinity Insurance Company's Motion to Strike, Defendant Lithia of Santa Rosa, Inc. and Defendant Charlotte Toth's Motion to Dismiss, and Case Management Conference, currently scheduled for October 13, 2016 at 9:00 a.m., shall be continued to **November 17, 2016, at 9:00 a.m.**

16   Pursuant to Local Rule 5-1.(i)(3), all signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

18   Respectfully submitted,

19   Dated:  October 6, 2016        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21                    By        */s/ Theona Zhordania*
                                THEONA ZHORDANIA

                                Attorneys for Defendant
                                INFINITY INSURANCE COMPANY

Dated:  October 6, 2016          NOCOS LAW GROUP

                                 By      */s/ Reuben L. Nocos*
                                         REUBEN L. NOCOS

                                 Attorneys for Plaintiff
                                 ARRYANNE MOSS

Dated:  October 6, 2016          LEACH & MCGREEVY, LLP

                                 By      */s/ Brian Leach*
                                         BRIAN LEACH

                                 Attorneys for Defendants
                                 CHARLOTTE TOTH AND LITHIA OF
                                 SANTA ROSA, INC. dba LITHIA CHRYSLER
                                 JEEP DODGE OF SANTA ROSA

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   CHARLES A. DANAHER, Cal Bar No. 144604
2     E-mail:  CDanaher@sheppardmullin.com
   501 West Broadway, 19th Floor
3  San Diego, California 92101-3598
   Telephone:    619.338.6500
4  Facsimile:    619.234.3815

5  THEONA ZHORDANIA, Cal. Bar No. 254428
      E-mail:  TZhordania@sheppardmullin.com
6  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
7  Telephone:    213.620.1780
   Facsimile:    213.620.1398

9  Attorneys for Defendant
   INFINITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRYANNE MOSS, | Case No. 3:15-cv-03456-JSC |
| Plaintiff, | **ORDER RE STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| INFINITY INSURANCE COMPANY; AWS INSURANCE COMPANY; LITHIA CHRYSLER JEEP, DODGE OF SANTA ROSA; AND DOES 1-50, INCLUSIVE, | |
| Defendants. | |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on Defendant Infinity Insurance Company's Motion to Strike, Defendant Lithia of Santa Rosa, Inc.'s Motion to Dismiss and Case Management Conference be continued to November 17, 2016 at 9:00 a.m.

DATED: \_\_\_October 6\_\_\_ \_\_\_, 2016

_____
HONORABLE JACQUELINE SCOTT CORLEY