# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRYANNE MOSS,<br><br>      Plaintiff,<br><br>    v.<br><br>AUTOMOBILE WARRANTY SERVICES INC,<br><br>      Defendant. | Case No. 17-cv-00115-JSC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 57, 105, 108 |

Defendant Automobile Warranty Services Inc. ("Automobile") was originally named as a Defendant in Case No. 15-cv-03456-JSC. On June 23, 2016, the default of Automobile was entered. (Dkt. No. 57.) Automobile has not consented to the jurisdiction of this Court, therefore on December 28, 2016, the Court proposed to sever the action against Automobile from Plaintiff's action against the appearing defendants so that the Court could finally adjudicate the appearing parties' claims and ordered the parties to file any objections to that proposal by January 6, 2017. (Dkt. No. 104.) No objections were filed and the Court severed the action against Automobile from Case No. 15-cv-03456-JSC and directed the Clerk's Office to assign a new case number, which resulted in the case at hand, Case No. 17-cv-00115. (Dkt. No. 105.)

On June 7, 2017, the Court directed Plaintiff to file a motion for default judgment or a notice of voluntary dismissal within 30 days. Plaintiff failed to do so. Plaintiff is ordered to show cause as to why this action should not be dismissed. Plaintiff's response is due by October 11, 2017. Failure to respond to this Order will result in dismissal of the action without further notice.

**IT IS SO ORDERED.**

Dated: September 19, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge