UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRYANNE MOSS,<br><br>        Plaintiff,<br><br>    v.<br><br>AUTOMOBILE WARRANTY SERVICES INC,<br><br>        Defendant. | Case No. 17-cv-00115-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS** |

I have reviewed Magistrate Judge Corley's November 13, 2017 report and recommendation that the plaintiff Arryanne Moss's civil action against defendant Automobile Warranty Services, Inc. be dismissed with prejudice. Dkt. No. 110. No party objected to the report and recommendation with 14 days as required under 28 U.S.C. § 636 and Federal Rule of Civil Procedure 71.

I find the Report and Recommendation correct, well reasoned, and thorough, and ADOPT it in every respect. Accordingly, this case is DISMISSED with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 27, 2018

_William H. Orrick_
United States District Judge